CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Wildlife Federation )
et al )
  )
  ) CASE NUMBER 1:05CV01671
  )
vs  Plaintiff ) JUDGE: Colleen Kollar-Kotelly
  )
Francis J. Harvey, in his ) DECK TYPE: Administrative Agency Review
official capacity as )
acting Secretary of  Defendant ) DATE STAMP: 08/22/2005
the US Army )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __National Wildlife Federation + Florida Wildlife Federation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __not applicable__ which have any outstanding securities in the hands of the public:

Not applicable.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Mary Randolph Sargent_
Signature

DC Bar No. 471907
BAR IDENTIFICATION NO.

Mary Randolph Sargent, c/o NWF
Print Name

1400 16th Street, NW, Suite 501
Address

Washington DC 20036
City    State    Zip Code

202-797-6865
Phone Number