UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, and FLORIDA WILDLIFE FEDERATION, and<br><br>Plaintiffs<br><br>v.<br><br>FRANCIS J. HARVEY, in his official capacity as Acting Secretary of the U.S. Department of the Army<br>101 Army Pentagon<br>Washington, DC 20310<br><br>Defendant | No. 1:05CV01671 (CKK) |

## FEDERAL DEFENDANT'S MOTION TO TRANSFER VENUE

COME NOW, Federal Defendant, by and through undersigned counsel, and hereby moves the Court to transfer the above-captioned action to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1404(a).

In support of this motion, Federal Defendant states as follows:

1. This action could have been brought in the Southern District of Florida, where a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred;

2. The interests of justice favor transfer to the Southern District of Florida, because the water management actions complained of in Plaintiffs' Complaint are regional in nature and specific to the Southern District of Florida; and

3. The Plaintiff organizations would not be inconvenienced by a transfer because each has members residing within the State of Florida.

Further and additional support is contained in the accompanying Memorandum in Support of Federal Defendant's Motion to Transfer Venue.

Pursuant to LCvR 7.1, counsel for Defendant has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs' counsel indicated that Plaintiffs will oppose this motion.

Respectfully submitted this 28th day of October, 2005.

>KELLY A. JOHNSON
>Acting Assistant Attorney General
>Environment & Natural Resources Division
>JEAN WILLIAMS, Section Chief
>SETH M. BARSKY, Assistant Chief
>
>
>   /s/ Mark A. Brown
>MARK A. BROWN
>D.C. Bar No. 470050
>Senior Trial Attorney
>U.S. Department of Justice
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>P.O. Box 7369
>Washington, D.C. 20044-7369
>(202) 305-0204 (telephone)
>(202) 305-0275 (fax)
>mark.brown@usdoj.gov (e-mail)
>
>Attorneys for Defendant

Of Counsel:

Brooks W. Moore, Esq.
Elizabeth F. Oppenheimer, Esq.
Assistant District Counsel
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida 32207
(904) 232-1164 (telephone)
(904) 232-3692 (fax)

Martin Cohen, Esq.
Nicholas J. Landau, Esq.
U.S. Army Corps of Engineers
441 G. St., N.W.
Washington, D.C. 20314-1000
(202)761-0345 (telephone)
(202) 761-1113 (fax)