UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL WILDLIFE FEDERATION, and FLORIDA WILDLIFE FEDERATION, and | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | No. 1:05CV01671 (CKK) |
| FRANCIS J. HARVEY, in his official capacity as Acting Secretary of the U.S. Department of the Army 101 Army Pentagon Washington, DC 20310 | ) ) ) ) ) ) | |
| Defendant | ) ) | |

**PROPOSED ORDER**

This matter having come before the Court on the Federal Defendant's Motion to Transfer Venue, the Court finds that the above action could have been brought in the Southern District of Florida, and that the interests of justice warrant transfer to that court.

Therefore, pursuant to 28 U.S.C. § 1404(a), it is hereby ORDERED that the motion to transfer all further proceedings in this case to the Southern District of Florida is GRANTED.

SO ORDERED.

Dated this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

<u>Attorneys Entitled to be Notified of Entry of Order
Granting Defendants' Motion for Transfer of Venue</u>:

Mark A. Brown
United States Department of Justice
Environment and Natural Resources Section
Wildlife & Marine Resources Division
P.O. Box 7369
Washington, D.C. 20044-7369
Fax: (202) 305-0275

John F. Kostyack
M. Randolph Sargent
National Wildlife Federation
1400 16th St., N.W.
Washington, D.C. 20036
Fax: (202) 797-6646