


# United States Department of the Interior

FISH AND WILDLIFE SERVICE
South Florida Ecological Services Office
1339 20th Street
Vero Beach, Florida 32960

January 20, 2005

James C. Duck
Chief, Planning Division
U.S. Army Corps of Engineers
Post Office Box 4970
Jacksonville, Florida 32232-0019

                                  Service Log Number: 4-1-05-CERP-10268
                                                    Project: Lake Okeechobee
                                                    Regulation Schedule

Dear Mr. Duck:

Thank you for your letter dated December 2, 2004, regarding the proposed Class Limit Adjustment (CLA) to the current Water Supply and Environmental (WSE) regulation schedule for Lake Okeechobee. You are proposing this adjustment to give water managers the ability to fine-tune their regulatory releases to the St. Lucie Canal (C-44) and the Caloosahatchee River (C-43) when such releases are directed by the WSE schedule. This letter is submitted in accordance with section 7 of the Endangered Species Act of 1973, as amended (ESA) (87 Stat. 884; 16 U.S.C. 1531 *et seq.*).

The intention of the CLA is to increase the frequency of small releases to the C-43 and C-44, thereby theoretically reducing the frequency of larger releases that are more damaging to the Caloosahatchee and St. Lucie estuaries. We believe that the proposed CLA may slightly improve the flexibility of the water release schedule, which would in turn, slightly improve the ecological conditions within Lake Okeechobee's littoral zone relative to the previous WSE schedule.

The Service has a long history in reviewing the regulation schedule for Lake Okeechobee. In 1978, the U.S. Army Corps of Engineers (Corps) formally consulted with the Service on the proposed raising of the lake regulation schedule from the 14.0-16.0 feet mean sea level (msl) range to the 15.5-17.5 feet msl range. The Service issued a biological opinion finding that this change to the schedule was not likely to jeopardize the continued existence of the Everglade snail kite (*Rostrhamus sociabilis plumbeus*), or adversely modify its designated critical habitat within portions of the lake's littoral zone. However, the Service also noted that the regulation schedule was a complex issue with numerous variables, and we recommended that the Corps initiate a monitoring program for apple snail (*Pomacea paludosa*) production and availability after the lake levels were raised. To date, we do not believe that any such monitoring program has been implemented.



-2-

action is "not likely to adversely affect" the Everglades snail kite, bald eagle, wood stork, or Okeechobee gourd, or result in destruction or adverse modification of designated critical habitat under your jurisdiction. Implementation of this temporary deviation could begin as early as January 2005. As such, we are requesting your concurrence with our determination by January as we do not want to impact this schedule.

It is important to add that the Corps realizes that the CLA is only a minor adjustment to the WSE schedule. However, it is a movement in the right direction for improving conditions in the lake's littoral zone until a more thorough review and study can be accomplished. It is expected that the next phase (referred to as Phase 4) of the Lake Okeechobee Regulation Schedule study will begin in 2005. During that time a more extensive consultation process with your office would take place.

If you have any questions or need additional information please contact Ms. Yvonne Haberer, of my staff, at 904-232-1701.

Sincerely,

James C. Duck
Chief, Planning Division

Enclosure