UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRANCIS J. HARVEY, in his official capacity ) <br> Acting Secretary of the U.S. Department ) <br> of the Army ) <br> ) <br> Defendant. ) | CASE NO. 1:05cv01671 (CKK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

Plaintiffs respectfully request a seven-day extension of time in which to file an opposition to the Defendant's Motion to Transfer Venue. Counsel for the Defendant does not oppose this motion and has agreed to an extension of the filing deadline from November 8 to November 15, 2005.

Plaintiffs make this request because the undersigned did not become aware of the Motion to Transfer Venue until yesterday. Although the undersigned's co-counsel received electronic service, he was away from the office until yesterday. The undersigned was not listed on the Court's electronic filing service (which is being corrected) and therefore did not receive the service.

1

Therefore, Plaintiffs respectfully request that the Court grant an extension of time until November 15, 2005 for Plaintiffs to file an opposition to the Motion to Transfer Venue.

Respectfully submitted,

Dated: November 8, 2005

__/s/Mary Randolph Sargent_____
John Kostyack, Esq.
D.C. Bar No. 415484
Telephone: (202) 797-6879

M. Randolph Sargent, Esq.
D.C. Bar No. 471907
Telephone: (202) 797-6865
National Wildlife Federation
1400 16th Street, N.W., Suite 501
Washington, D.C. 20036-2266
Fax: (202) 797-6646

Attorneys for Plaintiffs