# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL WILDLIFE FEDERATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:05cv01671 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS J. HARVEY, in his official capacity | ) | |
| Acting Secretary of the U.S. Department | ) | |
| of the Army | ) | |
| | ) | |
| Defendant. | ) | |

## [Proposed] Order

The Court HEREBY GRANTS Plaintiffs' Unopposed Motion for Extension of

Time to File Opposition to Defendant's Motion to Transfer Venue.  The

Plaintiffs' opposition to the motion is due on November 15, 2005.

SO ORDERED.


Dates this __ day of _____, 2005


_____
UNITED STATES DISTRICT JUDGE