**PalmBeachPost.com**     PRINT THIS

 Click to Print    SAVE THIS | EMAIL THIS | Close

## Lake O releases headed for court

By Rachel Simmonsen
*Palm Beach Post Staff Writer*

Saturday, November 19, 2005

A group of local river activists agreed Friday to take water managers to court over the ailing St. Lucie River.

In a 25-2 vote, members of the Rivers Coalition decided to sue the U.S. Army Corps of Engineers and the South Florida Water Management District for what they said is mismanagement of Lake Okeechobee and destruction of the St. Lucie Estuary. Two members abstained and 10 didn't vote.



YOU COULD BE French For A Day AT THE NORTON MUSEUM!

**More local news**
Latest breaking news, photos and all of today's *Post* stories.
• State news
**Storm 2005:** Hurricane news
• Sound off in the forum
• Columnists
• Crime, live scanners
• Photos | Special reports
• Weather | Traffic | Obituaries

"We still regret having to do this, but we feel that our elected officials are unable and/or unwilling to help," Chairman Leon Abood said. "We're going to help ourselves."

The coalition — an alliance of 39 business, civic, fishing and homeowners' groups — had debated the lawsuit since July, when water managers started sending about 2.4 million gallons of water a minute from the lake into the estuary. Salinity levels plunged, killing oysters and sea grasses. Pollutants from the lake helped spawn toxic algae blooms. Anglers reported seeing fish with lesions.

It wasn't the first time. In 1998, massive lake discharges preceded a sick fish epidemic, prompting members to form the Rivers Coalition.

Members say their cause hasn't changed.

This year's releases tapered off by the end of summer, but then Hurricane Wilma caused lake levels to swell to more than 17 feet above sea level. Water managers started another round of discharges, which continue to send about 1.5 million gallons a minute into the St. Lucie Canal.

Corps officials have said the discharges will continue until the lake drops to 16.25 feet. On Friday, it was at 16.91 feet.

Water managers say they have no choice but to make the discharges: Last year's hurricanes, coupled with heavy rains this summer and Hurricane Wilma, have flooded storage areas. Without releases, bloated Lake Okeechobee would threaten to undermine its earthen dike.

Water from the lake wouldn't be so polluted had four hurricanes not barrelled across the state last year, water managers say. The storms stirred up the lake's muck bottom, where fertilizer runoff had settled.

But St. Lucie River activists argue that it was years of mismanagement that allowed the lake to become so polluted.

They say that water managers should send more water to the south of the lake, but corps and district officials say they can't: Canals there aren't as wide as the outlets to the St. Lucie River and the Caloosahatchee River on the lake's west side. Besides, storage areas in the south already are full.

Last month, the governor unveiled a $200 million plan aimed at cleaning up Lake Okeechobee and stopping the pollution of the St. Lucie River. But the solutions, including reservoirs and filter marshes, won't bring relief soon enough, according to members of the Rivers Coalition.

"We've been advocating those projects for years," Abood said. "The time schedules are way too far in the distance."

The coalition is only one of several groups that have threatened water managers with lawsuits. The Stuart/Martin County Chamber of Commerce has agreed to join the coalition as a co-litigant; Sewall's Point commissioners voted to give $50,000 for a lawsuit.

Martin County also is considering litigation, as is the city council of Sanibel, a west coast community along the Caloosahatchee River.

The coalition's attorneys, from the national environmental firm Earthjustice, will meet with coalition board members Monday in Stuart to discuss when to file suit and in which courts,

Abood said. The coalition already has raised $10,000 and will have a major fund-raiser in February. The goal is to raise $1 million.

**Find this article at:**
http://www.palmbeachpost.com/search/content/local_news/epaper/2005/11/19/m1c_tcriver_1119.html

🖨 Click to Print          SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.