UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS J. HARVEY, in his official capacity as Acting Secretary of the U.S. Department of the Army,<br><br>Defendant. | Civil Action No. 05–1671 (CKK) |

**ORDER**
(June 15, 2006)

Based on the reasons set forth in an accompanying Memorandum Opinion, it is, this 15th day of June, 2006, hereby

ORDERED that [4] Defendant's Motion to Transfer Venue to the Southern District of Florida is GRANTED.

                                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge